1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants                                    *E-FILED - 3/25/08*
8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                            SAN JOSE DIVISION

12 HENG TANG,                        )
                                     ) No. C 07-6089 RMW
13            Plaintiff,             )
                                     )
14       v.                          ) **STIPULATION TO DISMISS AND**
                                     ) **[PROPOSED] ORDER**
15 MICHAEL CHERTOFF, Secretary of the)
   Department of Homeland Security;  )
16 ROBERT S. MUELLER, Director of    )
   Federal Bureau of Investigation;  )
17                                   )
              Defendants.            )
18 _____    )

19     Plaintiff, by and through his attorney of record, and Defendants by and through their attorney

20 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action without

21 prejudice because the United States Citizenship and Immigration Services agrees to adjudicate

22 Plaintiff's adjustment of status application (Form I-485) by April 30, 2008.

23     The parties also request that the Court vacate the hearing on Plaintiff's motion for summary

24 judgment noticed for April 11, 2008.

25 ///

26 ///

27 ///

28

Stipulation to Dismiss
C07-6089 RMW                               1

Each of the parties shall bear their own costs and fees.

Dated: March 17, 2008					Respectfully submitted,

							JOSEPH P. RUSSONIELLO
							United States Attorney


							_____/s/_____
							ILA C. DEISS[1]
							Assistant United States Attorney
							Attorney for Defendants


Dated: March 17, 2008					_____/s/_____
							JUSTIN X. WANG
							Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: 3/25/08						*Ronald M. Whyte*
							RONALD M. WHYTE
							United States District Judge

---

[1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C07-6089 RMW					2