1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants                                      *E-FILED - 3/25/08*
8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12  HENG TANG,                        )
                                      ) No. C 07-6089 RMW
13         Plaintiff,                 )
                                      )
14     v.                             ) **STIPULATION TO DISMISS AND**
                                      ) **[PROPOSED] ORDER**
15  MICHAEL CHERTOFF, Secretary of the )
    Department of Homeland Security;  )
16  ROBERT S. MUELLER, Director of    )
    Federal Bureau of Investigation;  )
17                                    )
           Defendants.                )
18  _____ )

19     Plaintiff, by and through his attorney of record, and Defendants by and through their attorney

20  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action without

21  prejudice because the United States Citizenship and Immigration Services agrees to adjudicate

22  Plaintiff's adjustment of status application (Form I-485) by April 30, 2008.

23     The parties also request that the Court vacate the hearing on Plaintiff's motion for summary

24  judgment noticed for April 11, 2008.

25  ///

26  ///

27  ///

28

Stipulation to Dismiss
C07-6089 RMW                              1

| | |
|---|---|
| 1 | Each of the parties shall bear their own costs and fees. |
| 2 | Dated: March 17, 2008                    Respectfully submitted, |
| 3 |                                                         JOSEPH P. RUSSONIELLO<br>United States Attorney |

Dated: March 17, 2008

                                            /s/
ILA C. DEISS[1]
Assistant United States Attorney
Attorney for Defendants

Dated: March 17, 2008                           /s/
JUSTIN X. WANG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 3/25/08                                *Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

---

[1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C07-6089 RMW                                      2